UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JORGE LUIS LUCIO ) | |
| ) | |
| vs. ) | Case No.  2:09-cv-08018-KOB-HGD |
| ) | |
| UNITED STATES OF AMERICA ) | |

**O R D E R**

On October 16, 2009, the magistrate judge's report and recommendation was entered and the parties were allowed eleven days in which to file objections to the recommendations made by the magistrate judge.  On October 26, 2009, petitioner filed objections to the magistrate judge's report and recommendation.

After careful consideration of the record in this case, the magistrate judge's report and recommendation, and the petitioner's objections, the court hereby ADOPTS the report of the magistrate judge.  The court further ACCEPTS the recommendations of the magistrate judge and therefore the court ORDERS that the Motion to Vacate, Set Aside, or Correct Sentence, filed pursuant to 28 U.S.C. § 2255, is due to be and is hereby DENIED as barred by 28 U.S.C. § 2255(f), and this action DISMISSED.

DONE this the 30th day of October, 2009.

_____
KARON OWEN BOWDRE
UNITED STATES DISTRICT JUDGE